PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
1:22-CR-20142-CMA-001

**DOCKET NUMBER** *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| SUAZO SANCHEZ, Christian Jamil<br>Zephyrhills, Florida | Southern District of Florida | Miami |

**NAME OF SENTENCING JUDGE**
Cecila M. Altonaga

**DATES OF PROBATION/SUPERVISED RELEASE**
FROM: 01/26/2024
TO: 01/25/2029

**OFFENSE**
Ct. 1, Conspiracy to Commit Money Laundering, Title 18 U.S.C. § 1956(h); Ct. 2, Conspiracy to Distribute five (5) Kilograms or More of Cocaine Knowing it Would be Imported into the United States; Title 21 U.S.C. 963.

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Suaza Sanchez is currently residing in the Middle District of Florida and the probation officer is requesting his supervision be transferred to make any future court notification more expedient.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN** DISTRICT OF **FLORIDA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **MIDDLE DISTRICT OF FLORIDA** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/23/2024
*Date*

*(signed)* Cecilia M. Altonaga
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **MIDDLE** DISTRICT OF **FLORIDA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*

*United States District Judge*

1